**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st Modified Plan**

DEBTOR: Miguel A. Ibarra    JOINT DEBTOR: Maria A. Ibarra    CASE NO.: 17-15525-AJC
Last Four Digits of SS# 6815    Last Four Digits of SS# 8445

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 45.79 for months 1 to 4    ; in order to pay the following creditors:
B. $ 4,395.52 for months 5 to 5    ; in order to pay the following creditors:
C. $ 1,694.01 for months 6 to 60   ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 (Motion to Modify) = 4175 TOTAL PAID $ 2000
Balance Due $ 2175
payable $ 0.00/month (Months 1 to 4) payable $ 300/month (Months 5 to 5)
payable $ 69.45/month (Months 6 to 32)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Bank Atlantic                Arrearage on Petition Date  $83,089.42
Address: POB 8608               Arrears Payment       $ 0.00       /month (Months 1 to 4)
Ft. Lauderdale, FL 33310        Arrears Payment       $ 3,580.97    /month (Months 5 to 5)
Account No: 0001                Arrears Payment       $ 1,445.61    /month (Months 6 to 60)
                                Regular Payment $ 0.00/month (Months 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Miami Dade County Code Enforcement Violation: T058670 | 3111 NW 106 Street Miami, FL 33147 $141,926.00 | Not applicable | Not applicable | Not applicable | Strip off lien |
| Miami Dade County Code Enforcement Violation: T059103 | 3111 NW 106 Street Miami, FL 33147 $141,926.00 | Not applicable | Not applicable | Not applicable | Strip off lien |
| Miami Dade County Code Enforcement Violation: T059980 | 3111 NW 106 Street Miami, FL 33147 $141,926.00 | Not applicable | Not applicable | Not applicable | Strip off lien |
| North Shore Medical Center 1100 NW 95 Street Miami, FL 33150 Account No: xxxx4906 | 3111 NW 106 Street Miami, FL 33147 $141,926.00 | Not Applicable | Not Applicable | Not Applicable | Streip off lien |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. None                Total Due $_____
Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00 month (Months 1 to 4) Pay $ 75.00 month (Months 5 to 5) Pay $ 9.55 month (Months 6 to 32) and Pay $ 79.00 month (Months 33 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor will continue to pay outside the chapter 13 bankruptcy secured creditors Ocwen Loan Servicing, LLC.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Attorney for the Debtor                    Attorney for the Joint Debtor
Date: 9/5/2017                             Date: 9/5/2017

LF-31 (rev. 01/08/10)